**Subject:** eFOIA Request Received
**From:** <efoia@subscriptions.fbi.gov>
**Date:** 4/25/2022, 9:55 AM
**To:** <dpross@pixelabs.com>



## Individual Information

| | |
|---|---|
| Prefix | Mr. |
| First Name | David |
| Middle Name | Patrick |
| Last Name | Ross |
| Suffix | |
| Email | dpross@pixelabs.com |
| Phone | |
| Location | United States |

## Domestic Address

| | |
|---|---|
| Address Line 1 | 102 School ST |
| Address Line 2 | |
| City | Aliquippa |
| State | Pennsylvania |
| Postal | 15001 |

## Agreement to Pay

| | |
|---|---|
| How you will pay | I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees. |

## Privacy Act

| | |
|---|---|
| US Citizen | True |
| Prefix | Mr. |
| First Name | David |
| Middle Name | Patrick |
| Last Name | Ross |
| Suffix | |
| Date of Birth | 1956/02/21 |
| Place of Birth | Sewickley |
| Additional Information | Under the Freedom of Information Act, I am requesting a copy of my FBI official record. |

## Expedite

| | |
|---|---|
| Expedite Reason | Require documentation for legal purposes. |

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBIâs electronic FOIA Library (The Vault) on the FBIâs public website, http://vault.fbi.gov by clicking on the âCheck Status of Your FOI/PA Request toolâ link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.