

U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 19, 2023

MR. DAVID PATRICK ROSS
10 SCHOOL STREET
ALIQUIPPA, PA 15001

FOIPA Request No.: 1541897-000
Subject: ROSS, DAVID PATRICK

Dear Mr. Ross:

The FBI has completed its review of records subject to the Freedom of Information/Privacy Acts (FOIPA) that are responsive to your request. The enclosed documents were reviewed under the FOIPA, Title 5, United States Code, Section 552/552a. Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information which is exempt from disclosure. The appropriate exemptions are noted on the enclosed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely and identify which exemptions were applied. The checked exemption boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☐ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
|  | ☐ (b)(7)(D) | ☐ (k)(2) |
|  | ☑ (b)(7)(E) | ☐ (k)(3) |
|  | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) |  | ☐ (k)(7) |

38 pages were reviewed and 8 pages are being released.

Please see the paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

Based on the information you provided, we conducted a main entity record search of the Central Records System (CRS) per our standard search policy. For more information about records searches and the standard search policy, see the enclosed FBI FOIPA Addendum General Information Section.

This is the final release of information responsive to your FOIPA request. This material is being provided to you at no charge.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552(a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

Exhibit 2

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*Joseph E. Bender Jr.*

Joseph E. Bender, Jr.
Acting Section Chief
Record/Information Dissemination Section
Information Management Division

Enclosure(s)

**FBI FOIPA Addendum**

As referenced in our letter responding to your Freedom of Information/Privacy Acts (FOIPA) request, the FBI FOIPA Addendum provides information applicable to your request. Part 1 of the Addendum includes standard responses that apply to all requests. Part 2 includes standard responses that apply to requests for records about individuals to the extent your request seeks the listed information. Part 3 includes general information about FBI records, searches, and programs.

**Part 1: The standard responses below apply to all requests:**

(i) **5 U.S.C. § 552(c).** Congress excluded three categories of law enforcement and national security records from the requirements of the FOIPA [5 U.S.C. § 552(c)]. FBI responses are limited to those records subject to the requirements of the FOIPA. Additional information about the FBI and the FOIPA can be found on the www.fbi.gov/foia website.

(ii) **Intelligence Records.** To the extent your request seeks records of intelligence sources, methods, or activities, the FBI can neither confirm nor deny the existence of records pursuant to FOIA exemptions (b)(1), (b)(3), and as applicable to requests for records about individuals, PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(1), (b)(3), and (j)(2)]. The mere acknowledgment of the existence or nonexistence of such records is itself a classified fact protected by FOIA exemption (b)(1) and/or would reveal intelligence sources, methods, or activities protected by exemption (b)(3) [50 USC § 3024(i)(1)]. This is a standard response and should not be read to indicate that any such records do or do not exist.

**Part 2: The standard responses below apply to all requests for records on individuals:**

(i) **Requests for Records about any Individual—Watch Lists.** The FBI can neither confirm nor deny the existence of any individual's name on a watch list pursuant to FOIA exemption (b)(7)(E) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)]. This is a standard response and should not be read to indicate that watch list records do or do not exist.

(ii) **Requests for Records about any Individual—Witness Security Program Records.** The FBI can neither confirm nor deny the existence of records which could identify any participant in the Witness Security Program pursuant to FOIA exemption (b)(3) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(3), 18 U.S.C. 3521, and (j)(2)]. This is a standard response and should not be read to indicate that such records do or do not exist.

(iii) **Requests for Confidential Informant Records.** The FBI can neither confirm nor deny the existence of confidential informant records pursuant to FOIA exemptions (b)(7)(D), (b)(7)(E), and (b)(7)(F) [5 U.S.C.§ § 552 (b)(7)(D), (b)(7)(E), and (b)(7)(F)] and Privacy Act exemption (j)(2) [5 U.S.C.§ 552a (j)(2)]. The mere acknowledgment of the existence or nonexistence of such records would reveal confidential informant identities and information, expose law enforcement techniques, and endanger the life or physical safety of individuals. This is a standard response and should not be read to indicate that such records do or do not exist.

**Part 3: General Information:**

(i) **Record Searches and Standard Search Policy.** The Record/Information Dissemination Section (RIDS) searches for reasonably described records by searching systems, such as the Central Records System (CRS), or locations where responsive records would reasonably be found. The CRS is an extensive system of records consisting of applicant, investigative, intelligence, personnel, administrative, and general files compiled by the FBI per its law enforcement, intelligence, and administrative functions. The CRS spans the entire FBI organization, comprising records of FBI Headquarters, FBI Field Offices, and FBI Legal Attaché Offices (Legats) worldwide; Electronic Surveillance (ELSUR) records are included in the CRS. The standard search policy is a search for main entity records in the CRS. Unless specifically requested, a standard search does not include a search for reference entity records, administrative records of previous FOIPA requests, or civil litigation files.

   a. *Main Entity Records* – created for individuals or non-individuals who are the subjects or the focus of an investigation
   b. *Reference Entity Records*- created for individuals or non-individuals who are associated with a case but are not known subjects or the focus of an investigation

(ii) **FBI Records.** Founded in 1908, the FBI carries out a dual law enforcement and national security mission. As part of this dual mission, the FBI creates and maintains records on various subjects; however, the FBI does not maintain records on every person, subject, or entity.

(iii) **Foreseeable Harm Standard.** As amended in 2016, the Freedom of Information Act provides that a federal agency may withhold responsive records only if: (1) the agency reasonably foresees that disclosure would harm an interest protected by one of the nine exemptions that FOIA enumerates, or (2) disclosure is prohibited by law (5 United States Code, Section 552(a)(8)(A)(i)). The FBI considers this foreseeable harm standard in the processing of its requests.

(iv) **Requests for Criminal History Records or Rap Sheets.** The Criminal Justice Information Services (CJIS) Division provides Identity History Summary Checks – often referred to as a criminal history record or rap sheet. These criminal history records are not the same as material in an investigative "FBI file." An Identity History Summary Check is a listing of information taken from fingerprint cards and documents submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. For a fee, individuals can request a copy of their Identity History Summary Check. Forms and directions can be accessed at www.fbi.gov/about-us/cjis/identity-history-summary-checks. Additionally, requests can be submitted electronically at www.edo.cjis.gov. For additional information, please contact CJIS directly at (304) 625-5590.

**EXPLANATION OF EXEMPTIONS**

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552**

(b)(1)  (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)  related solely to the internal personnel rules and practices of an agency;

(b)(3)  specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)  trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)  inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)  personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)  records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)  contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)  geological and geophysical information and data, including maps, concerning wells.

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a**

(d)(5)  information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)  material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)  information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)  investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)  material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)  required by statute to be maintained and used solely as statistical records;

(k)(5)  investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)  testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)  material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1541897-000

Total Deleted Page(s) = 30
Page 2 ~ b6; b7C; b7E;
Page 4 ~ b6; b7C; b7E;
Page 5 ~ b6; b7C; b7E;
Page 6 ~ b6; b7C; b7E;
Page 7 ~ b6; b7C; b7E;
Page 8 ~ b6; b7C; b7E;
Page 9 ~ b6; b7C; b7E;
Page 10 ~ b6; b7C; b7E;
Page 11 ~ b6; b7C; b7E;
Page 12 ~ b6; b7C; b7E;
Page 13 ~ b6; b7C; b7E;
Page 14 ~ b6; b7C; b7E;
Page 15 ~ b6; b7C; b7E;
Page 17 ~ b6; b7C; b7E;
Page 18 ~ b6; b7C; b7E;
Page 20 ~ b6; b7C; b7E;
Page 21 ~ b6; b7C; b7E;
Page 22 ~ b6; b7C; b7E;
Page 23 ~ b6; b7C; b7E;
Page 24 ~ b6; b7C; b7E;
Page 25 ~ b6; b7C; b7E;
Page 26 ~ b6; b7C; b7E;
Page 27 ~ b6; b7C; b7E;
Page 28 ~ b6; b7C; b7E;
Page 29 ~ b6; b7C; b7E;
Page 30 ~ b6; b7C; b7E;
Page 31 ~ b6; b7C; b7E;
Page 33 ~ b7E;
Page 34 ~ b6; b7C; b7E;
Page 35 ~ b6; b7C; b7E;

XXXXXXXXXXXXXXXXXXXXXXXX
X  Deleted Page(s)   X
X  No Duplication Fee X
X  For this Page     X
XXXXXXXXXXXXXXXXXXXXXXXX

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

Title: (U) O&A EC                                       Date: 05/13/2014

From: CRIT INCIDENT RESPONSE
      IR-BTAC
         Contact: [redacted]                                         b6
                                                                    b7C
                                                                    b7E

Approved By: UC [redacted]

Drafted By: [redacted]

Case ID #: 252B-IR-4897872     (U//FOUO) DAVID ROSS - SUBJECT,      b7E
                               [redacted]
                               NATIONAL CENTER FOR THE ANALYSIS OF
                               VIOLENT CRIME

Synopsis: (U) Open and assign communication designating SSA [redacted]   b6
          as case agent.                                                 b7C

Full Investigation Initiated: 05/13/2014

Details:

This matter came to the attention of the Behavioral Analysis Unit 2
(BAU-2) by referral from [redacted]                                   b6
[redacted]                                          Subject David Ross, b7C
date of birth 02/21/1956, 102 School Street, Aliquippa, PA, telephone
724-775-0379, mobile telephone 724-316-7796, [redacted]
[redacted] (U//FOUO)

[redacted large block]                                                  b7E

UNCLASSIFIED//FOUO

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO~~

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title: (U) [redacted]                                          Date: 06/09/2014        b7E

CC: [redacted]

From:  CRIT INCIDENT RESPONSE                                                          b6
      IR-BTAC                                                                         b7C
      Contact: [redacted]                                                             b7E

Approved By: UC [redacted]

Drafted By: [redacted]

Case ID #: 252B-IR-4897872      (U//~~FOUO~~) DAVID ROSS - SUBJECT,           b7E
                               [redacted]
                               NATIONAL CENTER FOR THE ANALYSIS OF
                               VIOLENT CRIME

Synopsis: [redacted]

Full Investigation Initiated: 05/13/2014

Enclosure(s): Enclosed are the following items:
[redacted]

Details:

[redacted]                                                                              b7E

♦♦

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

**Electronic Communication**

Title: (U) David Ross continuing efforts          Date: 07/02/2015

CC: [redacted]                                                                 b6
                                                                               b7C
                                                                               b7E

From: PITTSBURGH
      PG-24
      Contact: [redacted]

Approved By: [redacted]

Drafted By: [redacted]

Case ID #: 252B-IR-4897872     (U//FOUO) DAVID ROSS - SUBJECT,
                               [redacted]                                      b7E
                               NATIONAL CENTER FOR THE ANALYSIS OF
                               VIOLENT CRIME
           343A-PG-C79013      (U) DOMESTIC POLICE COOPERATION GENERAL
                               CRIMINAL MATTERS -

Synopsis: [redacted]
                                                                               b7E

Full Investigation Initiated: 05/13/2014

Details:

[redacted]                                                                     b6
                                                                               b7C
                                                                               b7E

UNCLASSIFIED//FOUO

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

Title: (U) DAVID ROSS Continuing Efforts                Date: 01/27/2016

CC: [redacted]

From: PITTSBURGH [redacted]
    Contact: [redacted]                                                                b6
                                                                                                                                   b7C
                                                                                                                                   b7E

Approved By: [redacted]

Drafted By: [redacted]

Case ID #:  252B-IR-4897872    (U//FOUO) DAVID ROSS - SUBJECT, [redacted]                          b7E
                               NATIONAL CENTER FOR THE ANALYSIS OF
                               VIOLENT CRIME
            343A-PG-C79013     (U) DOMESTIC POLICE COOPERATION GENERAL
                               CRIMINAL MATTERS -

Synopsis: [redacted]                                                                                b7E

Full Investigation Initiated:  05/13/2014

Enclosure(s): Enclosed are the following items:
[redacted]                                                                                          b7E

Details:

[redacted]                                                                                          b6
                                                                                                    b7C
                                                                                                    b7E

UNCLASSIFIED//FOUO

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

Title: (U) Case update                                         Date: 05/25/2016

CC: [redacted]                                                 b6
                                                               b7C
                                                               b7E

From: CRIT INCIDENT RESPONSE
      IR-BAU2
        Contact: [redacted]

Approved By: UC [redacted]

Drafted By: [redacted]

Case ID #: 252B-IR-4897872        (U//FOUO) DAVID ROSS - SUBJECT, [redacted]
                                  NATIONAL CENTER FOR THE ANALYSIS OF
                                  VIOLENT CRIME

[redacted]                                                     b7E

Synopsis: [redacted]

Full Investigation Initiated: 05/13/2014

Enclosure(s): Enclosed are the following items:
[redacted]                                                     b7E

Details:
[redacted]                                                     b7E

UNCLASSIFIED//FOUO

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
**Import Form**

Form Type: EMAIL                                                                 Date:   07/20/2017

Title:(U) [                                                    ]

Approved By: UC [            ]

Drafted By: [            ]

b6
b7C
b7E

Case ID #: 252J-IR-4897872      (U//FOUO) DAVID ROSS - SUBJECT,
[                                                    ]
NATIONAL CENTER FOR THE ANALYSIS OF VIOLENT CRIME

Synopsis: [                                            ]

♦♦

UNCLASSIFIED//FOUO

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED